AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

RAYMOND F. COOKE          TAMMY ODOM
DOB:                      DOB:
PDID                      PDID                    CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MARCH 14, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance; and aiding and abetting.

in violation of Title __21 & 18__ United States Code, Section(s) __841(a)(1); and 2__.

I further state that I am __DETECTIVE KEVIN COPELAND__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE KEVIN COPELAND**
**NARCOTICS SPECIAL INVESTIGATION**
**DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____ at     __Washington, D.C.__
Date                                    City and State

_____         _____
Name & Title of Judicial Officer        Signature of Judicial Officer