## STATEMENT OF FACTS

On Tuesday, March 14, 2006, at about 8:03 p.m., an undercover officer with the Metropolitan Police Department's Narcotics Special Investigation Division, called defendant Tammy Odom, to arrange to purchase 1/8 kilograms (125 grams) of crack cocaine for $4,000.00. Defendant Odom told the undercover officer to meet her at 8:00 p.m. in the                                W., Washington, D.C. At approximately 8:00 p.m., the officers went to the above location, and defendant Odom exited her house and got into the undercover officer's car. The undercover officer gave defendant Odom $4,000.00 of pre-recorded MPDC funds, and a short time later defendant Raymond Cooke arrived and parked in front of the undercover officer's car. Defendant Odom got out of the undercover officers car, and got into the car with defendant Cooke. After a brief conversation with defendant Cooke, defendant Odom returned to the undercover officer's car. Defendant Odom gave the undercover officer a plastic bag containing a white rock-like substance. As defendant Odom exited the car, officers placed her under arrest. Officers stopped defendant Cooke as he drove away and placed him under arrest. After his arrest, officers recovered 3 plastic bags containing white rock-like and powder substances from inside of defendant's Cooke left coat pocket, and recovered from Cooke's vehicle was the $4,000.00 of the pre-recorded funds, an additional $230.00 in U.S. Currency, and 2 cell phones. A portion of the white rock-like and powder substances field tested positive for cocaine. This event occurred outside of                       N.W., Washington, D.C., which is the residence of defendant Odom, and also functions as a dance studio and day care center run by defendant Odom.

---

DETECTIVE KEVIN COPELAND
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MARCH, 2006.

---

U.S. MAGISTRATE JUDGE