UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 1:05-cr-00035-HHK |
| ABDULJALLOH | : | |
| Defendant | : | |

## LINE OF APPEARANCE

Please enter the appearance of Richard A. Finci, as counsel on behalf of Defendant, Abdul Jalloh, in the above-captioned matter.

Respectfully submitted,

_____
RICHARD A. FINCI
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of _____, 2006, a copy of the foregoing Line was mailed, postage pre-paid, to:

Sarah Chasson, Esquire
United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
RICHARD A. FINCI