UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA	:
	:
v.	:	Criminal No. 06-120(JMF)
	:
RAYMOND F. COOKE	:

MOTION TO WITHDRAW

Pursuant to the provisions of F.R.Cr.P. 44 and 47, and Local Criminal Rule 44.5(d), counsel for defendant Raymond F. Cooke, Gary M. Sidell, hereby submits his motion to withdraw from all further representation based on the following:

1.    On March 15, 2006, counsel was appointed to represent the defendant in this two (2) co-defendant case. The defendant has been charged, by complaint, with violating 18 U.S.C. 841(a)(1) and (2)(distribution of crack cocaine). Mr. Cooke was presented on the complaint before this Honorable Court on March 15 and ordered detained until a detention hearing set for March 16, 2006. Also on March 15, this Honorable Court concluded, based on in court oral responses from the defendant concerning his financial condition, that he was then entitled to appointed counsel.

2.    On March 16, 2006, after hearing testimony and argument, the Honorable Court detained the defendant without bond.

3.    On March 23, 2006, Richard A. Finci, Esq., entered his appearance on behalf of the defendant [docket #5].

4.     On March 21, 2006, counsel spoke with Mr. Finci by telephone and was then informed that Mr. Finci had been retained by Mr. Cooke's family in and for this case.

5.     On March 23, 2006, counsel personally served upon the defendant a copy of this Motion at the D.C. Correctional Treatment Facility ("CTF"), defendant's current housing location, and has filed this Motion upon all parties to this proceeding by ECF.

6.     As a result of the appearance of retained counsel on behalf of the defendant, it would appear appropriate that counsel be permitted to withdraw from further representation of the defendant. Therefore, based on the foregoing, counsel moves to withdraw from all further representation of the defendant in this case.

Respectfully submitted,

_____\s_____
Gary M. Sidell

Dated: March 23, 2006          1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar No. 961847
202-783-0060
suitcase@erols.com

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be filed electronically this Motion with the Court and to the parties to this proceeding by ECF on this 23rd day of March, 2006.

_____/s/_____
Gary M. Sidell