UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-120(JMF) |
| : | |
| RAYMOND F. COOKE : | |

O R D E R

Upon consideration of the motion of Gary M. Sidell to withdraw from all further representation in this case, on behalf of defendant Raymond F. Cooke, the appearance of retained counsel Richard A. Finci entered on March 23, 2006, on behalf of defendant Cooke, and the entire record of this proceeding, it is this _____ day of _____, 2006, hereby

ORDERED, the motion of Gary M. Sidell to withdraw from all further representation of defendant Raymond F. Cooke in this case is GRANTED, and it is further

ORDERED, that the appearance of Gary M. Sidell as counsel for defendant Raymond F. Cooke shall be stricken from this case.

_____
JOHN M. FACCIOLA, Magistrate Judge
UNITED STATES DISTRICT COURT

Copies to all parties.